Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**FILED AUG - 9 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

VICTOR MANUEL OROZCO ) Chapter 13
AIDA BARAJAS OROZCO ) Case No.: 8:06-bk-10040-TA
) **NOTICE OF UNCLAIMED DIVIDEND**
) **(Bankruptcy Rule 3011)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300789** in the sum of **$0.01** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

VICTOR MANUEL OROZCO
419 N MCPHERSON ST
LA HABRA, CA 90631

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0610040 | VICTOR MANUEL & AIDA BARAJAS OROZCO | | XXX-XX-4396 | 0.01 | 0.00 | 0.01 |
| | ACCT: | Claim: 00000 | XXX-XX-1072 | | | |
| | | | TOTALS | 0.01 | 0.00 | 0.01 |

```
VICTOR MANUEL OROZCO
AIDA BARAJAS OROZCO
BALANCE:              [0.00  13/00000]
SSN: XXX-XX-4396   SSN: XXX-XX-1072
ACCT:                           CASE: 0610040
PRINCIPAL:       0.01  INTEREST:         0.00
```

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300789

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$0.01

**PAY** Zero And 01 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300789⑈ ⑆061100790⑆ 0000005751862⑈